MINUTE ENTRY
SEPTEMBER 16, 2026
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-112 |
| ABDEL ADHAMI | SECTION: MAG |

INITIAL APPEARANCE – Continued

APPEARANCES:

X DEFENDANT

__ PREVIOUSLY APPOINTED OR RETAINED COUNSEL

X FPD/CJA COUNSEL PRESENT TO ASSIST DEFENDANT Samuel Scillitani as duty FPD

X ASSISTANT U.S. ATTORNEY GREGORY KENNEDY

__ INTERPRETER

Designated by Court and sworn. Time: ______ .M to ______ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE ~~COMPLAINT~~ WAS:
READ WAIVED (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

X/ OTHER Initial appearance continued until 9/18/2026 at 10:00am. to secure an interpreter

MJSTAR: 00: 02

DML

__/ BOND SET AT ______________________________________________

______________________________________________________________

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

______________________________________________________________

______________________________________________________________

______________________________________________________________

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

ARRAIGNMENT IS SET FOR ______________________________________

__/ HEARING TO DETERMINE COUNSEL IS SET FOR ______________________

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

______________________________________________________________

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL ______________________________________________

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.