**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-mj-112** |
| **v.** | * | **SECTION: MAG** |
| **ABDEL ADHAMI** | * | |

* * *

**ORDER**

Having considered the motion of the United States to unseal the Complaint, Affidavit, and Arrest Warrant;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the Complaint, Affidavit, and Arrest Warrant in the above-captioned matter.

New Orleans, Louisiana, this 29th day of September, 2026.

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE